■ PENNSYLVANIA EXCHANGE BANK, Respondent, v. FRANCIS S. RITZ, Appellant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of ARNGOOD REALTY, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of FRANK R. CALLY, an Attorney.— Motion for reinstatement granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of PHILIP J. CORSO, an Attorney.— Motion to reargue denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank, and Bastow, JJ.

## (March 19, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSE B. PEREZ.— Motion for leave to reargue denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

### (Republished)

■ In the Matter of the Construction of the Will of WILLIAM H. BREW, Deceased. OTTO F. WEINERT et al., Respondents; ELIZABETH MORE et al., Appellants; RUTH A. BIEHLER, Intervenor-Respondent.— Decree reversed on the law and on the facts, and the will construed to devise the residuary estate to the testator's three sisters, Elizabeth More, Josephine Heitman and Minnie Ridgeway, in equal parts, and to constitute the cross petitioner, Elizabeth More, executrix under said Will and entitling her to Letters Testamentary, with costs to all parties appearing and filing briefs, payable out of the estate. Breitel, McNally and Bastow, JJ., concur in Per Curiam opinion; Botein, P. J., and Valente, J., dissent and vote to affirm. Settle order on notice.

## (March 24, 1959)

■ In the Matter of PATRICK J. TWOMEY against LEONARD CALVELLO.— Motion for resettlement denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of JACOB TIM, Deceased. VERA POSES et al., Appellants; FISHEL RUDAWSKI et al., Respondents. Motion to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of 5 EAST 71ST STREET, INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.— Order unanimously reversed on the facts, with $20 costs and disbursements to appellants, and the assessments upon the real property designated as 3 East 71st Street, in the Borough of Manhattan, City of New York, for the tax years 1949–1950 through 1956–1957 are reinstated. The total assessment values are justified by the record. Settle order on notice. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bastow, JJ.